U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**

**Mar 09 - 2022**

John M. Domurad, Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **Plaintiff(s)** ) | 5:22-cv-228 (MAD/ATB) |
| Stefania Floarea ) | **Civil Case No.:** |
| vs. ) | |
| ) | **CIVIL COMPLAINT** |
| ) | **PURSUANT TO** |
| ) | **TITLE VII OF THE** |
| **Defendant(s)** ) | **CIVIL RIGHTS ACT,** |
| CVS L.L.C. | **AS AMENDED** |

Plaintiff(s) demand(s) a trial by: _____ JURY   _X_ COURT   (Select **only** one).

## JURISDICTION

1.  Jurisdiction is conferred on this court pursuant to 42 U.S.C. § 2000e-5.

## PARTIES

2.  Plaintiff: _____ Stefania Floarea _____

    Address: _____ 1146 Silver Fox Court _____

    _____ Oshawa, Ontario, L1K2T9, _____

    _____ Canada _____

Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant: _____ CVS L.L.C. _____

    Official Position: _____ Assistant General Counsel _____

    Address: _____ One CVS Drive _____

    _____ Woonsocket, RI, 02895 _____

Left intentionally blank

4.    This action is brought pursuant to:

__X__    Title VII of the Civil Rights Act of 1964, as amended, codified at 42 U.S.C. § 2000e *et seq.,* and the Civil Rights Act of 1991, for employment discrimination based on race, color, religion, sex or national origin.

_____    Pregnancy Discrimination Act of 1978, codified at 42 U.S.C. § 2000e(k), as amended, Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination based on pregnancy.

5.    Venue is invoked pursuant to 28 U.S.C. s 1391.

6.    Defendant's conduct is discriminatory with respect to the following (check all that apply):

(A) _____ My race or color.
(B) _____ My religion.
(C) _____ My sex (or sexual harassment).
(D) __X__ My national origin.
(E) _____ My pregnancy.
(F) _____ Other: Anti-discrimination provisions included in Immigration and Nationality's Act

7.    The conduct complained of in this action involves:

(A) __X__ Failure to employ.
(B) _____ Termination of employment.
(C) _____ Failure to promote.
(D) __X__ Unequal terms and conditions of employment.
(E) _____ Reduction in wages.
(F) _____ Retaliation.
(G) _____ Other acts as specified below:

8.                                           **FACTS**

1.      I am a Canadian Citizen, with an undergraduate degree in Biological Sciences (graduated 2015) from Ontario Tech University in Oshawa ON, Canada. I also hold a professional Doctor of Pharmacy from SUNY-University at Buffalo (UB), NY in Pharmacy, and am currently a licensed and registered pharmacy in the State of New York.

2.      Following my graduation from UB, in November of 2019 I was hired as a Pharmacist at Walgreens in Syracuse NY and after a mass layoff I become unemployed in July 2020. At Walgreens I worked under a TN Work Status (also knows as a "TN Visa"), as a Canadian citizen.

3.      Following a succesful job interview I had on July 20th, 2020 with the CVS hiring manager Mark Zlotnick, I was offered a Staff Pharmacy Floater position in Liverpool, NY. (Exhibit #1).

4.      Upon completing the required onboarding process, including the drug test, I have requested CVS a one-page letter (to which I provided the template, a similar one I provided to Walgreens when first hired in 2019) confirming that I was offered the Pharmacy job - a letter neccessay for me to obtain on my own right at the boarder the non-immigrant working TN Visa necessary to work legally in the United States. For the record, TNworking visa isnot considered sponsorship-see Exhibit #2 and #3.

5.      Upon learning that I am a Canadian citizen needing a working TN Visa, CVS has decide to rescind my job offer. This decision was communicated to me verbally, over the phone from Mark Zlotnick and the reason was that CVS does not hire its employees with a TN Visa or "sponsor" to obtain visas. Please see Exhibits #4, #5, #6, #7 and#8.

6.      Despite my desperate efforts to try to explain Mark Zlotnick that there is no financial burden on CVS if I work on a non-immigrant TN work Visa (as it does not require any sponsorship), my text messages have remained unanswered as well as the emails sent to the CVS HR Department.

7.      Furthermore, in desperation I have reached out on LinkedIN to Joseph Farrar-Director Talent Acquisition at CVS Health, attempting to get the answers I had not received from the other parties contacted, as explained before. Please see Exhibit #9 and #10. Our phone conversation went nowhere, Joseph Farrar could not offer any concrete explanation, as I had hoped.

9.                              **CAUSES OF ACTION**

1.     CVS L.L.C. has violated my right to receive equal employment opportunity. My citizenship/immigration status was the motivating factor in their decision to revoke my job offer.

2.     CVS has acted with willful disregard to my human rights and deprived me from receiving an equal job opportunity.

3.     I have suffered a multitude of damages, ordinary, special, compensatory, vindictive and not only. Due to CVS' mistreatment I feel humiliated, as I am considered an inferior human being. My professional qualifications have been totally disregarded.

10. I filed charges with the New York State Division on Human Rights, the New York City Commission on Human Rights or Equal Employment Opportunity Commission regarding the alleged discriminatory acts on or about:

<u>July 29th, 2021</u>

11. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached) which was received by me on or about:

<u>December 11th, 2021</u>

12. The plaintiff is an employee within the meaning of 42 U.S.C. § 2000e(f).

13. The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 42 U.S.C. § 2000e(b), (c), or (d).

14. The defendant(s) is (are) engaged in commerce within the meaning of 42 U.S.C. § 2000e(g).

15.                              **PRAYER FOR RELIEF**

I pray for relief that the Court enter judgement against CVS L.L.C. as follows:

1.       Declare that CVS L.L.C. employment practices are unlawful as per the law and orders CVS to address their employment practices

2.       Orders CVS to apologize to me in writing over the wrong they have cause me and my family; the cruelty CVS has shown in willfully breaking the law and how they treat me as a human being is simply despicable

3.       Award maximum allowed monetary compensation for the emotional harm suffered by myself and my parents, brother and my fiancée; we all felt miserable for days and suffering in disbelief, literally losing nights of sleep over the fact that on July 29th, 2020 we were all basically in heaven following the job offer only to fall into disappointment just a few days after, when the offer was rescinded.

4.       For the record, my parents' heavy emotional involvement can be explained by the fact that they have sponsored my entire education, including the Pharmacy school, which I attended as an international student.

5.       Award my lost wages, considered from the time CVS L.L.C. has offered me that job and later revoked it  to the time I have found the next job, 4 weeks later.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 28th, 2022

Signature of Plaintiff(s) (all
Plaintiffs must sign)

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Stefania Floarea
1146 Silver Fox Court
Oshawa, ON L1K2T

From: New York District Office
33 Whitehall Street
5th Floor
New York, NY 10004

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2021-02409 | Holly M. Shabazz,<br>State & Local Program Manager | (929) 506-5316 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*

November 22 2021

Enclosures(s)

**Judy A. Keenan,**
**District Director**

*(Date Issued)*

cc:

**CVS ALBANY L.L.C.**
**Attn: Assistant General Counsel**
**Labor and Employment**
**One CVS Drive**
**Woonsocket, RI 02895**